**LASMER INDUSTRIES, INC., Appellant,**

v.

**Robert M. GATES, Secretary of Defense, Appellee.**

**No. 2009–1316.**

United States Court of Appeals, Federal Circuit.

Jan. 5, 2010.

Michael F. Copley, The Copley Law Firm, LLC, of Galloway, Ohio, argued for appellant. With him on the brief were Kenley S. Maddux and Mark E. Landers.

Vincent D. Phillips, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. On the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director, and David A. Harrington, Senior Trial Counsel.

BRYSON, LINN, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.